02-12-267-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00267-CV 

 

 


 
 
 In re Kelly Media Group, Inc. and Jason Cardiff
 
 
  
 
 
 RELATORS
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relators’ petition for writ of mandamus and is of the
opinion that relief should be denied.  Accordingly, relators’ petition for writ
of mandamus is denied.

This
court’s stay order issued July 3, 2012, is hereby lifted.

 

PER CURIAM

 

PANEL: 
GABRIEL, WALKER, and MEIER, JJ.

 

DELIVERED: 
July 20, 2012









          [1]See
Tex. R. App. P. 47.4, 52.8(d).